IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN AND JANE DOES, *the heirs at law of Grifton E. Smith, deceased, and Hellen M. Smith, deceased*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-850-RP |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, *as trustee of Stanwich Mortgage Loan Trust A*, | § § § § | |
| Defendant. | § § | |

### **ORDER**

On October 13, 2020, Plaintiffs John and Jane Does filed a proposed scheduling order. (Dkt. 7). The proposed scheduling order is entitled "Scheduling Order," lacks a certificate of conference, and does not otherwise indicate that the parties have conferred or agreed on the proposed deadlines. (*Id.*).

Parties are required to confer before filing a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c). To ensure both parties agree to the proposed scheduling order deadlines before the Court sets this case for initial pretrial conference, the Court will order the parties to submit a proposed scheduling order using this Court's Agreed Scheduling Order form.

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit an **Agreed Scheduling Order** using District Judge Robert Pitman's form on or before **October 29, 2020**.

**SIGNED** on October 15, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE